IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **JAMES KINGMAN AND REBECCA KINGMAN** | **PLAINTIFFS** |
| VS.  NO. 3:18-cv-00155-DPM | |
| **CHARLI JOSEPH AND** <br> **TRANSNET FREIGHT LTD.** | **DEFENDANTS** |
| **NICHOLAS DRAKE ADAMS** | **PLAINTIFF** |
| VS.  NO. 3:18-cv-156-DPM | |
| **CHARLI JOSEPH AND** <br> **TRANSNET FREIGHT LTD.** | **DEFENDANTS** |

### FIRST AMENDED COMPLAINT

Come now the Plaintiff, Nicholas Drake Adams (hereinafter referred to as either Nicholas or "Plaintiff"), by and through his attorneys, the Etoch Law Firm, and for his First Amended Complaint against the Defendants, Charli Joseph and Transnet Freight LTD. (hereinafter referred to as either "Charli Joseph" or "Transnet" or collectively as "Defendant(s)"), state:

1.   Plaintiffs amend their original Complaint herein to dismiss Kari Green's claim for property damage.

2.   Nicholas Adams is now and has at all times relevant hereto been a resident and citizen of Pope County, Arkansas.

3.   Charli Joseph is now and has at all times relevant hereto been a resident and citizen of Guelph, Ontario, Canada.  Transnet Freight LTD. is a business engaged in specialized transportation, with its principal place of business in Brampton, Ontario, Canada which is authorized to do business in Arkansas and which does do business in Arkansas.

4.   The events complained of herein occurred in Crittenden County, Arkansas.

5. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-101 et seq.

6. On or about the 16th day of March, 2018, Plaintiff, Nicholas Adams, was driving Kari Green's 2009 BMW 528i east in the inside lane on Interstate 40 around mile marker 276 when Charli Joseph, a driver for Transnet Freight LTD, who while in the course and scope of his employment driving a large commercial tractor trailer, without warning struck James Kingman from behind which caused James Kingman's vehicle to veer off and then Charli Joseph struck the vehicle Nicholas Adams was driving in the rear causing a very violent collision. At all times, Nicholas Adams was driving in a reasonable and prudent fashion. Nicholas Adams did not in any way contribute to the cause of the accident.

7. At all times relevant to this action, Charli Joseph was acting as an agent and employee and in furtherance of a contract between said Charli Joseph and his employer, Transnet Fright LTD., and for the benefit of said employer, and as such, Transnet Freight LTD, is liable for the negligent acts and conduct of its driver, Charli Joseph, under theories of Agency and Respondeat Superior.

8. Charli Joseph and Transnet Freight LTD. were guilty of negligence which was the proximate cause of the above-described automobile collision. The negligent acts of Charli Joseph and Transnet Freight LTD, consisted of, but are not limited to, the following:

(a) Failing to keep a proper lookout for other vehicles;
(b) Failing to keep the automobile he was driving under proper control;
(c) Failing to yield the right of way to superior traffic;
(d) Driving at a speed that was not reasonable and prudent under the circumstances;
(e) Driving in a careless and prohibited manner in violation of A.C.A. §27-51-104;
(f) Otherwise failing to act as an ordinary, common, prudent person would have under the same or similar circumstances.

9. As a proximate result of the negligence of Defendants, Nicholas Adams sustained severe and permanent injuries to his head, neck, back, shoulders, knees, and legs as well as a shock to his entire nervous system.  As a proximate result of said injuries, Nicholas Adams has sustained a loss of earning capacity and earnings, has undergone excruciating pain and suffering and mental anguish in the past and will continue to undergo such pain and suffering and mental anguish in the future, has incurred medical expenses in the past and will continue to incur such expenses in the future.

10. Plaintiff demands a trial by jury on all issues.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Nicholas Adams, prays for judgment against the Defendants, Charli Joseph and Transnet Freight LTD., for the following:

a) $30,330.85 for the medicals and special expenses incurred by Nicholas Adams as of this date, together with 6% interest until the time of trial;

b) For an amount undetermined at this time, but to be determined at trial, said amount being in excess of the minimum amount required for diversity of jurisdiction in federal court for Nicholas Adams' injuries to his head, neck, back, shoulders, knees, and legs, and to his entire nervous system;  said amount including his loss of earning capacity, his excruciating pain and suffering and mental anguish experienced in the past and that which Plaintiff will undergo in the future and for Plaintiff's continuing medical expenses, which will be incurred in the future;

c) For Plaintiff's costs, a reasonable attorneys' fee, and all proper relief this Court may find Plaintiff entitled in these premises.

DATED this 23rd day of October, 2020.

    LOUIS A. ETOCH (89030)
    Etoch Law Firm
    P.O. Box 100
    727 Cherry St.
    Helena, AR  72342
    (870) 338-3591
    Fax: 870-338-7201
    Louis@etochlaw.com

CERTIFICATE OF SERVICE

    I, the undersigned, attorney for Plaintiff, hereby certify that a true and correct copy of the foregoing has been served upon the following attorneys of record on October 23, 2020, via electronic filing system notification:

Mr. Arman Nafisi
Wilson, Elser Moskowitz Edelman & Dicker, LLP
2720 East Camelback Rd., Ste. 210
Phoenix AZ 85016

Mr. Steve Kennedy
Wilson, Elser Moskowitz Edelman & Dicker, LLP
1400 Meadowbrook Rd., STe. 100
Jackson MS 39211

Ms. Christy Comstock
Wales & Comstock
2434 E. Joyce Blvd., Ste. 6
P.O. Box 10018
Fayetteville AR 72703

                                                          Louis A. Etoch