IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES KINGMAN AND REBECCA KINGMAN**                            **PLAINTIFFS**

VS.                            NO. 3:18-cv-00155-DPM

**CHARLI JOSEPH AND**
**TRANSNET FREIGHT LTD.**                                        **DEFENDANTS**

**NICHOLAS DRAKE ADAMS**                                         **PLAINTIFF**

VS.                            NO. 3:18-cv-156-DPM

**CHARLI JOSEPH AND**
**TRANSNET FREIGHT LTD.**                                        **DEFENDANTS**

JOINT MOTION FOR SETTLEMENT CONFERENCE FOR
SEPARATE PLAINTIFF NICHOLAS DRAKE ADAMS

Come the separate Plaintiff, Nicholas Drake Adams, by and through his attorneys, the Etoch Law Firm, and the Defendants, Charli Joseph and Transnet Freight Ltd., by and through their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and for their Joint Motion, state:

1. Separate Plaintiff Nicholas Drake Adams and Defendants have conferred and believe it would be best served for Nicholas Drake Adams' case to be scheduled for a settlement conference conducted by a magistrate.

2. Therefore, the parties request that Nicholas Drake Adams' case only be referred to a magistrate for the specific purpose of a settlement conference.

Dated:  April 22, 2021.

LOUIS A. ETOCH (89030)
Etoch Law Firm
P.O. Box 100
727 Cherry St.
Helena, AR  72342
(870) 338-3591
Fax: 870-338-7201
louis@etochlaw.com

J. Stephen Kennedy (MS 100040)
Wilson, Elser Moskowitz Edelman
& Dicker, LLP
1400 Meadowbrook Rd., Ste. 100
Jackson MS 39211
Tel: 601-499-8077
Fax: 601-499-8078
Steve. Kennedy@wilsonelser.com