IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                PLAINTIFFS

v.                        No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                    DEFENDANTS

NICHOLAS DRAKE ADAMS                                            PLAINTIFF

v.                        No. 3:18-cv-156-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                    DEFENDANTS

ORDER

This consolidated case is set for trial in Jonesboro on 7 June 2021. The Court would appreciate a joint status report from the parties by 4 May 2021.  The status report should cover:

- The estimated number of days to try this case if Adams remains in this case following the upcoming settlement conference;
- The estimated number of days to try this case if Adams settles;
- Any potential problems getting witnesses here due to travel bans;
- Whether any witness could appear by video via Microsoft Teams; and
- Any stipulations the parties have reached.

Joint report due by 4 May 2021.

    So Ordered.

                                     */s/ D.P. Marshall Jr.*
                                  D.P. Marshall Jr.
                                  United States District Judge

                                  29 April 2021