IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JAMES KINGMAN and REBECCA KINGMAN | PLAINTIFFS |

v.   No. 3:18-cv-155-DPM

| | |
|---|---|
| CHARLI JOSEPH and TRANSNET FREIGHT LTD. | DEFENDANTS |
| NICHOLAS DRAKE ADAMS | PLAINTIFF |

v.   No. 3:18-cv-156-DPM

| | |
|---|---|
| CHARLI JOSEPH and TRANSNET FREIGHT LTD. | DEFENDANTS |

## ORDER

Unopposed motion, *Doc. 69*, granted for good cause. A Fourth Amended Final Scheduling Order setting this case for trial on 14 February 2022 will issue. For good cause, discovery on medical issues is also reopened. No further continuances will be granted absent extraordinary circumstances. Joint status report, *Doc. 71*, appreciated.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2021