IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES KINGMAN AND REBECCA KINGMAN**                    **PLAINTIFFS**

VS.                    NO. 3:18-cv-00155-DPM

**CHARLI JOSEPH AND**
**TRANSNET FREIGHT LTD.**                                **DEFENDANTS**

JOINT MOTION FOR SETTLEMENT CONFERENCE

Come the Plaintiffs, James Kingman and Rebecca Kingman, by and through their attorneys, the Etoch Law Firm, and the Defendants, Charli Joseph and Transnet Freight Ltd., by and through their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and for their Joint Motion, state:

1. Plaintiffs and Defendants have conferred and believe it would be best served for this case to be scheduled for a settlement conference conducted by a magistrate.

2. Therefore, the parties request that this case be referred to a magistrate for the specific purpose of a settlement conference.

Dated:  August 4, 2021.

LOUIS A. ETOCH (89030)
Etoch Law Firm
P.O. Box 100
727 Cherry St.
Helena, AR  72342
(870) 338-3591
Fax: 870-338-7201
louis@etochlaw.com

 J. Stephen Kennedy (MS 100040)  
Wilson, Elser Moskowitz Edelman  
 & Dicker, LLP  
1400 Meadowbrook Rd., Ste. 100  
Jackson MS 39211  
Tel: 601-499-8077  
Fax: 601-499-8078  
Steve. Kennedy@wilsonelser.com