# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                         PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRASNET FREIGHT LTD.                              DEFENDANTS

## ORDER

Pursuant to General Order 54, the Court authorizes **Stephen Kennedy, Ben Woodhouse, Julie Craft, Louis Etoch, Robert Lewis, and Kayln Griffin** to bring a cell phone, laptop computer, or personal digital assistant into the E.C. Gathings Federal Building and U.S. Courthouse in Jonesboro for the trial beginning **14 February 2022.**

The following rules apply to this access:

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use

laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

Any attending member of the media may bring a tape recorder into the courthouse for the trial scheduled to begin 10 December 2018.  The use of any such recording, however, shall be limited by and subject to Local Rule 83.2(d).

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

28 January 2022