IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                              PLAINTIFFS

v.                              No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                                 DEFENDANTS

### ORDER

1. The Court appreciates the parties' suggested additions and changes to the *voir dire*. The attached updated version covers most of the suggestions. There were no points made about the preliminary jury instructions. They are therefore attached and also locked in.

2. The Court forgot that the jury box in Jonesboro has fourteen chairs. We will therefore seat a seven-person jury to maintain distancing. Each side will still get three strikes.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 February 2022