IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                          PLAINTIFFS

v.                               No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSNET FREIGHT LTD.                                                   DEFENDANTS

## JUDGMENT

**1.**     Charli Joseph and Transnet Freight Ltd. admitted liability to James Kingman and Rebecca Kingman for various claims arising out of a March 2018 vehicular accident.  The parties tried damages issues to a seven-person jury in Jonesboro, starting on 14 February 2022 and ending on 16 February 2022.  During trial, the parties resolved by agreement some lingering disputes about property damage.  After hearing all the evidence, this Court's instructions, and the parties' arguments, the jury deliberated and returned its verdicts.  Those verdicts are attached and incorporated.

**2.**     The Court enters Judgment on the jury's verdict for James Kingman against Charli Joseph and Transnet Freight Ltd., jointly and severally, for $275,000, post-judgment interest, which will accrue at 1.09% per annum from today until this Judgment is paid, 28 U.S.C. § 1961(a)-(b), and costs, as allowed by law and as may be determined by this Court on timely motion.  FED. R. CIV. P. 54(d); 28 U.S.C. § 1920.

3. The Court enters Judgment on the jury's verdict for Rebecca Kingman against Charli Joseph and Transnet Freight Ltd., jointly and severally, for $140,000, post-judgment interest, which will accrue at 1.09% per annum from today until this Judgment is paid, 28 U.S.C. § 1961(a)-(b), and costs, as allowed by law and as may be determined by this Court on timely motion. FED. R. CIV. P. 54(d); 28 U.S.C. § 1920.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 February 2022

**VERDICT**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
FEB 1 6 2022
IN OPEN COURT
JAMES W. McCORMACK, CLERK
By: _____
DEPUTY CLERK

1. We find James Kingman's total damages to be $275,000.

_____    2/16/22  1905
Foreperson                         Date/time

**VERDICT**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
FEB 1 6 2022
IN OPEN COURT
JAMES W. McCORMACK, CLERK
By: _____
DEPUTY CLERK

1. We find Rebecca Kingman's total damages to be $ 140,000 .

_____          2/16/22 19:21
Foreperson                        Date/time