IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                              PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSET FREIGHT LTD.                                         DEFENDANTS

## ORDER

For the reasons stated from the bench at the end of the 17 May 2022 hearing, the Court made the following rulings. The motion to enforce the settlement, *Doc. 113*, is denied without prejudice for lack of subject matter jurisdiction. The Kingmans' Rule 60(b), *Doc. 118*, which Joseph and Transnet joined, *Doc. 120*, is granted. An Amended Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2022