IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                              PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSNET FREIGHT LTD.                                        DEFENDANTS

## AMENDED JUDGMENT

1. Charli Joseph and Transnet Freight Ltd. admitted liability to James Kingman and Rebecca Kingman for various claims arising out of a March 2018 vehicular accident. The parties tried damages issues to a seven-person jury in Jonesboro, starting on 14 February 2022 and ending on 16 February 2022. During trial, the parties resolved by agreement some lingering disputes about property damage. After hearing all the evidence, this Court's instructions, and the parties' arguments, the jury deliberated and returned its verdicts. Those verdicts are attached and incorporated.

2. During the trial, through counsel the parties made a high-low settlement.

3. Based on the jury's verdict and the parties' settlement, the Court enters Judgment for James Kingman against Charli Joseph and Transnet Freight Ltd., jointly and severally, for $317,500.

4.  Based on the parties' agreement about property damage, the jury's verdict, and the parties' settlement, the Court enters Judgment for Rebecca Kingman against Charli Joseph and Transnet Freight Ltd., jointly and severally, for $184,500.

5.  Given the tender of checks by Joseph and Transnet to the Kingmans' lawyers, and the acceptance of James Kingman's check, the Court declines to award post-judgment interest.

6.  The Court retains subject matter jurisdiction until 18 November 2022 to enforce the parties' settlement.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2022

Case 3:18-cv-00155-DPM   Document 126   Filed 05/27/22   Page 3 of 4
Case 3:18-cv-00155-DPM   Document 108   Filed 02/18/22   Page 3 of 4
Case 3:18-cv-00155-DPM   Document 105   Filed 02/16/22   Page 3 of 4

**VERDICT**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
FEB 1 6 2022
IN OPEN COURT
JAMES W. McCORMACK, CLERK
By: _____
DEPUTY CLERK

1. We find James Kingman's total damages to be
   $275,000.

_____          2/16/22  1905
    Foreperson                    Date/time

Case 3:18-cv-00155-DPM   Document 126   Filed 05/27/22   Page 4 of 4
Case 3:18-cv-00155-DPM   Document 108   Filed 02/18/22   Page 4 of 4
Case 3:18-cv-00155-DPM   Document 105   Filed 02/16/22   Page 2 of 2

**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**
**FILED**

## VERDICT

FEB 1 6 2022

IN OPEN COURT
JAMES W. McCORMACK, CLERK
By: _____
DEPUTY CLERK

1. We find Rebecca Kingman's total damages to be $ 140,000 .

_____
Foreperson

2/16/22  1921
Date/time