IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                          PLAINTIFFS

v.                              No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSET FREIGHT LTD.                                                     DEFENDANTS

ORDER

At the 17 May 2022 hearing, the Kingmans moved orally to enforce the Court's Amended Judgment and the parties' settlement. Joseph and Transnet joined in this motion, agreeing that the deal was made and needed to be consummated. For the reasons stated from the bench, the Court granted the motion.

The Court orders Rebecca Kingman to sign the Release and Settlement Agreement and endorse the tendered check promptly. If she does not do so, Mrs. Kingman must appear on Friday, 17 June 2022, at 1:00 p.m. in courtroom 324 at the Gathings Federal Building in Jonesboro, Arkansas. At the hearing, she will have to show cause why she should not be held in contempt for not complying with this Order.

The Court directs Rebecca Kingman's lawyer to send her this Order, the Amended Judgment, and any other materials he thinks necessary and helpful by regular mail and registered mail (return

receipt required) as soon as practicable. He must also file a notice about completing this task.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2022