IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                    PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSET FREIGHT LTD.                                               DEFENDANTS

### ORDER

Affidavit, *Doc. 128*, appreciated. Because Ms. Kingman has not been served with the Court's recent Order, the hearing scheduled for 17 June 2022 is canceled. It will be reset after the service facts become clearer. Status report from Kingman's lawyers due after they receive the green card or the letter is returned unclaimed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 June 2022