# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES KINGMAN and**
**REBECCA KINGMAN**                                                      **PLAINTIFFS**

v.                              No. 3:18-cv-155-DPM

**CHARLI JOSEPH and**
**TRANSNET FREIGHT LTD.**                                             **DEFENDANTS**

## ORDER

1. The Court appreciates the recent joint status report, *Doc. 132*. At the 17 May 2022 hearing, through counsel the Kingmans moved orally to enforce the Court's Amended Judgment and the parties' settlement. Joseph and Transnet joined in this motion, agreeing that the deal was made and needed to be consummated. For the reasons stated from the bench, the Court granted the motion. *Doc. 125*. Since then, Rebecca Kingman has avoided contact with her family's lawyers and refused mail service of this Court's Order. The settlement has not been consummated.

2. The Court again orders Rebecca Kingman to sign the Release and Settlement Agreement and endorse the tendered check promptly. If she does not do so, Mrs. Kingman must appear on 19 December 2022 at 1:30 p.m. in courtroom 324 at the Gathings Federal Building in

Jonesboro, Arkansas. At the hearing, she will have to show cause why she should not be held in contempt for not complying with this Order.

3. Mrs. Kingman's lawyers must deliver a copy of this Order, the Amended Judgment, *Doc. 126*, the Settlement and Release, and the check to the U.S. Marshal by 2 November 2022. They should also provide the Marshals with all of Mrs. Kingman's contact information.

4. The Court directs the U.S. Marshals Service to serve a copy of this Order, the Amended Judgment, *Doc. 126*, the Settlement and Release, and the check on Rebecca Kingman. **To ensure that Mrs. Kingman is given notice, the Marshal must serve these papers by personal service (not by mail) as soon as practicable and no later than 23 November 2022.** And the Marshal must file proof of service. The Court orders this extraordinary step to ensure Mrs. Kingman has notice about this Order, her obligation to consummate the settlement, the 19 December 2022 hearing, and her obligation to attend that hearing if she refuses to comply with this Order.

5. Given the tangles presented by finalizing the settlement, and the need for more time to enforce it, the Court extends its jurisdiction to enforce the parties' settlement from 18 November 2022, *Doc. 126*, to 27 January 2023.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2022