# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                                PLAINTIFFS

v.                              No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSETFREIGHT LTD.                                                          DEFENDANTS

## ORDER

1. Rebecca Kingman received the Court's October Order to either consummate her undisputed settlement with the defendants or appear before the Court on 19 December 2022 and show cause why she should not be held in contempt. *Doc. 133.* She did not sign the release or endorse the settlement check. And she did not appear at the December 19th hearing or show cause. Having considered all the material circumstances of record, this Court holds Rebecca Kingman in contempt.

2. To move the case forward the Court must appoint a disinterested third party to consummate the settlement, resolve various liens on the settlement proceeds (including a lien held by Kingman's trial lawyers), and conclude the litigation. The Court directs nominations (joint or separate) from defense counsel and Kingman's trial counsel by 6 January 2023. Counsel should also research and

inform the Court about the most appropriate status for this third party—agent, trustee, master, or some other designation.

3. Kingman may purge herself of contempt by complying with tis Court's October 2022 Order, consummating her settlement, and cooperating with her trial lawyers in addressing the liens and other trial steps needed to conclude the litigation. To encourage her compliance, the Court assess against her the reasonable fees of the disinterested third party the Court intends to appoint to act in her place on this matter. She must also pay all reasonable expenses incurred by that third party. Kingman can stop the accrual of these expenses at any time that she chooses to comply with this Court's October 2022 Order. For as long as she continues to defy that Order, whatever fees and expenses are reasonably incurred will be deducted from whatever part of the settlement proceeds are due to her after all liens and obligations are discharged.

4. The Court authorizes defendants and their insurance carrier to stop payment on the original 23 February 2022 settlement check, which has become void. *Doc. 138.*

5. Etoch, Griffin, and Lewis remain plaintiffs' counsel of record for all trial-related purposes. Rebecca Kingman is now *pro se* for all future contempt-related purposes. She is, of course, free to retain counsel and the Court encourages her to do so. If she does not retain counsel, she must familiarize herself with and follow all applicable

court rules, including the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Arkansas.

6. The Court directs the Clerk of Court to update the docket with Kingman's address and send her a copy of all future filings. The Court also directs the U.S. Marshal to serve a copy of this Order on Rebecca Kingman by first class mail, Registered mail (return receipt requested), and email. The Court will provide the service information.

7. In the unusual circumstances presented, the Court extends its subject matter jurisdiction to enforce the parties' settlement until 31 December 2023.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2022