# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                    PLAINTIFFS

v.                        No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSETFREIGHT LTD.                                               DEFENDANTS

## ORDER

Dougherty has informally advised the Court that he declines the conditional appointment as trustee of the constructive trust recently imposed on Rebecca Kingman's judgment/settlement proceeds. The Court thanks him for considering the job.

The Court conditionally appoints Stan Bond, the parties' other nominee, to serve as trustee with all the duties and powers imposed by Arkansas Law on a trustee. ARK. CODE ANN. § 28-73-801 *et seq*. He will be paid a reasonable hourly rate to be set by the Court, plus reasonable expenses incurred, from the trust's assets. His main responsibilities are to consummate the settlement, resolve various liens on the settlement proceeds, and conclude this litigation. Bond must file his acceptance of appointment—with a proposed hourly rate and a $185,000 surety bond—as soon as practicable and no later than 13 March 2023.

-2-

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2023