IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                             PLAINTIFFS

v.                                  No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSET FREIGHT LTD.                                                        DEFENDANTS

## ORDER

Status reports, *Doc. 146 & 148*, appreciated. Bond has not informed the Court whether he accepts the Court's appointment to serve as trustee of the constructive trust recently imposed on Rebecca Kingman's judgment/settlement proceeds; and his time for doing so has passed.

The Court conditionally appoints Chris Rippy, the Kingmans' lawyers' latest unopposed nominee, to serve as trustee with all the duties and powers imposed by Arkansas Law on a trustee. ARK. CODE ANN. § 28-73-801 *et seq*. He will be paid a reasonable hourly rate to be set by the Court, in addition to reasonable expenses incurred, from the trust's assets. His main responsibilities are to consummate the settlement, resolve the various lien on the settlement proceeds, and conclude this litigation. Rippy must file his acceptance of appointment—with a proposed hourly rate and a $185,000 surety bond—as soon as practicable and no later than 28 April 2023.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

3 April 2023