# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES KINGMAN and**
**REBECCA KINGMAN**                                                                     **PLAINTIFFS**

v.                                            No. 3:18-cv-155-DPM

**CHARLI JOSEPH and**
**TRANSNET FREIGHT LTD.**                                                         **DEFENDANTS**

## ORDER

1. Notices, *Doc. 150 & 152*, appreciated. The Court appoints Chris Rippy as sole trustee of the constructive trust recently imposed on Rebecca Kingman's judgment/settlement proceeds, with all the duties and powers imposed by Arkansas law. ARK. CODE ANN. § 28-73-801 *et seq*. Rippy's proposed hourly rate is on the high side, but reasonable in the tangled circumstances presented; he will be compensated at $275 per hour, plus reasonable expenses incurred, from the trust's assets. He must seek Court approval before making any payment or expenditure in excess of $2,500. And he must maintain his $185,000 surety bond. The Court authorizes Rippy to take all actions necessary and proper to consummate the settlement, resolve the various liens on the settlement proceeds, and conclude this litigation.

2. Petition for attorneys' fees and expenses, *Doc. 151*, noted. Any objections due by 19 May 2023. Response from the trustee due by the same date.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 May 2023