IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                         PLAINTIFFS

v.                            No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSETFREIGHT LTD.                                                     DEFENDANTS

### ORDER

1.  The Etoch Law Firm's unopposed petition for attorney's fees and costs, *Doc. 151*, is granted with a slight modification. Mrs. Kingman agreed to pay her lawyers one third of any recovery plus expenses in exchange for their representation. *Doc. 151 at 6–7*. Her lawyers perfected their lien. ARK. CODE ANN. § 16-22-304. And their lien is superior to any medical provider's lien in Oklahoma. 42 OKL. ST. ANN. § 43 & § 46. The Etoch Law Firm is entitled to $61,500.00 in attorney's fees—one third of the $184,500.00 Amended Judgment—and $13,918.39 in expenses. (The slight modification is in the amount of the Amended Judgment.) The trustee's unopposed request to pay the Etoch Law Firm for its work on behalf of Mrs. Kingman, *Doc. 160*, is also granted. The Court authorizes the trustee to pay $75,418.39 to the Etoch Law Firm from Mrs. Kingman's settlement proceeds for attorney's fees and expenses.

2.  For good cause, the defendants' motion to remove the parties' release and settlement agreement from the public record, *Doc. 159*, is granted as modified.  The Court directs the Clerk to seal *Doc. 156*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2023