IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                         PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSETFREIGHT LTD.                                                     DEFENDANTS

ORDER

Status report, *Doc. 168*, belatedly noted and appreciated. The lien issues have not yet been sorted. In the unusual circumstances presented, the Court extends its subject matter jurisdiction to enforce the parties' settlement until 30 June 2025. The Court is working on an Order addressing the related issues and will file it promptly.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 December 2024