IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                                PLAINTIFFS

v.                              No. 3:18-cv-155-DPM

CHARLI JOSEPH and
TRANSETFREIGHT LTD.                                                           DEFENDANTS

## ORDER

The Court appreciates the trustee's helpful status report, *Doc. 173*. The trustee's plan for notice and a hearing to the four lienholders with effective claims is solid. The Court approves it. The Court sets the hearing on liens for 17 July 2025 at 1:30 p.m. in Courtroom 1A of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas. The trustee must come prepared with facts and figures to help the Court craft the final plan of distribution based on its lien-related rulings at the hearing.

The Court extends its subject matter jurisdiction to enforce the parties' settlement until 31 December 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2025