IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                           PLAINTIFFS

v.                              No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                              DEFENDANTS

## ORDER

The Court approves the proposed settlement agreement between the trustee and Dr. Andrew Negley, D.P.T. The trustee is authorized to pay Dr. Negley $2,892.50.

The Court directs the trustee to provide a status report on the remaining lien with H&H Medical Services by 31 October 2025.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 October 2025