IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                           PLAINTIFFS

v.                          No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                              DEFENDANTS

ORDER

1. The Court approves the proposed settlement agreement between the trustee and H&H Medical Services, Inc. *Doc. 185*. The trustee is authorized to pay H&H Medical $1,700.00.

2. Accounting, *Doc. 186*, noted. The Court, however, needs clarification. Payment of $2,500 to resolve Advantage Diagnostic's lien is not accounted for and appears to be included with Kingman's partial distribution. Clarifying paper or amended accounting due by 14 November 2025.

3. Final petition, *Doc 187*, noted and appreciated. The Court will address the petition after the trustee's additional papers are filed.

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2025