IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                                PLAINTIFFS

v.                           No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                                   DEFENDANTS

### ORDER

1. The trustee's amended accounting, *Doc. 189*, and explanatory letter, *Doc. 190*, are appreciated. No one has objected. The Court approves the amended accounting (as explained) and all actions taken by the trustee reflected in the amended accounting.

2. The Court grants the final petition, *Doc 187*, with a caveat. The Court approves the trustee's requested attorney's fee and expense reimbursement. The hours billed and expenses are reasonable. The Court approved the $275 hourly rate at appointment. *Doc. 153 at 1*. The trustee is authorized to pay himself $6,469.56. The Court approves the proposed final distribution to Rebecca Kingman. The trustee is authorized to pay Mrs. Kingman $49,584.19 through her son and attorney-in-fact, James Kingman.

3. The caveat: The Court directs the trustee to file a notice confirming payment of his bill and of the final distribution by

1 December 2025. After he does so, the Court will dissolve the trust and discharge the trustee.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

18 November 2025