IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES KINGMAN and
REBECCA KINGMAN                                                               PLAINTIFFS

v.                             No. 3:18-cv-155-DPM

CHARLI JOSEPH and TRANSNET
FREIGHT LTD.                                                                  DEFENDANTS

## ORDER

Proof of receipt, *Doc. 194*, appreciated. The Court dissolves the trust, and discharges Chris Rippy as trustee, with the Court's thanks for his service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2025